**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| James Pickard,<br><br>Plaintiff,<br><br>vs.<br><br>Safety Holdings, Inc. d/b/a SambaSafety<br><br>Defendant. | **Case No.: 3:25-cv-01345**<br><br>**District Judge Aleta A. Trauger** |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff James Pickard and Defendant Safety Holdings, Inc. d/b/a SambaSafety have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 29th day of July 2026,

*/s/ Jenna Dakroub*
Jenna Dakroub, CA # 350170
*Admitted Pro Hac Vice*
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

Christopher Kim Thompson Bar # 015895
**Thompson Law**

4525 Harding Pike, Suite 203
Nashville, TN 37205
Telephone: 615-832-2335
Email: kim@thompsonslawoffice.com

*Counsel for Plaintiff*
*James Pickard*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*By: /s/ Jenna Dakroub*
Jenna Dakroub